[Cite as *Riggenbach v. Unknown*, 2011-Ohio-4374.]



# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

SHANE RIGGENBACH

    Plaintiff

    v.

UNKNOWN

    Defendant

Case No. 2011-03413-AD

Deputy Clerk Daniel R. Borchert

Case No. 2011-03413-AD

{¶1} On March 9, 2011, this court issued a pre-screening entry dismissing Child Support Enforcement Agency as defendant and ordering plaintiff to file an amended complaint naming an appropriate defendant. Plaintiff has failed to comply with the court order. Therefore, plaintiff's action is DISMISSED, without prejudice, pursuant to Civ.R. 41. The court shall absorb the costs of this case.

_____
DANIEL R. BORCHERT
Deputy Clerk

cc:

Shane Riggenbach, #490-202
P.O. Box 788
Mansfield, Ohio 44901

DRB/laa
Filed 5/26/11
Sent to S.C. reporter 8/26/11